## RECONSIDERATION OF PRIOR DECISIONS

**2002–1672.   State ex rel. Smith v. Dickinson.**
In Mandamus and Prohibition. Reported at 97 Ohio St.3d 1479, 2002-Ohio-6866, 780 N.E.2d 284. On amended motion for reconsideration. Amended motion denied.